FILE COPY

No. 07-15-00076-CV

| | | |
|---|---|---|
| Harvey Bramlett, Jr. and Jason Blakeney | § | From the 108th District Court of Potter County |
| Appellants | § | |
| | | March 13, 2015 |
| v. | § | |
| | | Opinion by Chief Justice Quinn |
| TDCJ, et al | § | |
| Appellees | | |

## J U D G M E N T

Pursuant to the opinion of the Court dated March 13, 2015, it is ordered, adjudged and decreed that this appeal be dismissed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o